# SPECIAL ORDERS

In this section are orders of the Court of general
interest to the bench and bar of the state.

*Order Entered June 14, 2012:*

STAND UP FOR DEMOCRACY V SECRETARY OF STATE, Docket No. 310047.
Reported at 297 Mich App 45. The Court orders that a special panel shall
not be convened pursuant to MCR 7.215(J) to resolve the conflict
between this case and *Bloomfield Charter Twp v Oakland Co Clerk*, 253
Mich App 1; 654 NW2d 610 (2002).

*Order Entered August 28, 2012:*

JILEK V STOCKSON (ON REMAND), Docket No. 289488. The Court orders
that the motion for reconsideration is granted, and this Court's opinion
issued July 3, 2012, is hereby vacated. A new opinion is attached to this
order.*

*Order Entered November 15, 2012:*

PEOPLE V FRANKLIN, Docket No. 296591. The Court orders that the July
3, 2012, opinion is hereby vacated, and a new opinion is attached.**

*Order Entered July 31, 2012:*

WHEELER ESTATE V DEPARTMENT OF TREASURY, HUZELLA V DEPARTMENT OF
TREASURY, WRIGHT V DEPARTMENT OF TREASURY, AND WHEELER V DEPARTMENT
OF TREASURY, Docket Nos. 302251, 302259, 302261, and 302262. The
Court orders that the May 15, 2012, opinion is hereby vacated, and a new
opinion is attached.***